**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carroll Eugene DODSON, Defendant–Appellant.**

No. 03–6439.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 28, 2003.

Carroll Eugene Dodson, Appellant Pro Se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carroll Eugene Dodson appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C.

§ 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Dodson*, No. CR–94–106 (W.D.Va. Mar. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*